**Patricia K. ZELENKA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3065.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2009.

ON MOTION

*ORDER*

Patricia K. Zelenka moves without opposition for leave to file her reply brief and the joint appendix out of time and to reinstate her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the court's dismissal order is vacated, and the petition for review is reinstated.

**In re NEWFREY, LLC, Appellant.**

No. 2009–1515.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2009.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.